CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. P-0571336
Robert L. Daniels II )
MAX O BUSZEWSKI ET AL )

**NOTICE OF APPEAL**

Robert Daniels II → new address:

Name and address of appellant: old address

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

21 December 2005
DATE                             APPELLANT

                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?          YES [ ]   NO [ ]
Has counsel ordered transcripts?                YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [ ]

**RECEIVED**
DEC 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT